AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Illinois_____

UNITED STATES OF AMERICA
v.
JOANN KAMINSKI

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 4:00CR40033-001-JPG
USM Number: 05025-025
Judith A. Kuenneke, FPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged in petition  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant was arrested for DUI in Williamson County, IL | 10/8/2005 |
| Special | The defendant failed to attend counseling sessions | 10/21/2005 |
| Statndared # 7 | The defendant consumed alcohol excessively | 10/8/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 4/28/1975

Defendant's Residence Address:
11956 Revere Street, Marion, IL 62959

Defendant's Mailing Address:
Same as above

11/22/2005
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert, District Judge
Name of Judge                Title of Judge

November 29, 2005
Date

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page **2** of **2**

DEFENDANT: JOANN KAMINSKI
CASE NUMBER: 4:00CR40033-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant receive mental health and substance abuse counseling.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL